UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JON A. MESSINGER, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0051 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims his Eighth Amendment rights were violated because defendants used excessive force against him. On March 1, 2021, defendants filed a motion to opt out of the post-screening ADR project. (ECF No. 24.) Defendants argue the court should grant the motion to opt out because after meeting and conferring with plaintiff by mail they have determined that a settlement conference would not be productive. (Id. at 2-3.) After reviewing the motion, the court finds good cause to grant defendants' motion.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 24) is granted and the stay of this action is lifted;

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated: March 3, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/blan0051.opt.out