UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>    Plaintiff,<br><br>   v.<br><br>JON A. MESSINGER, et al.,<br><br>    Defendants. | No. 2:20-cv-0051 KJM DB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants subjected him to verbal harassment and used excessive force against him.

The dispositive motion filing deadline expired on October 22, 2021.  (ECF No. 28.) Neither party has filed a motion for summary judgment.  Therefore, the court will, by this order, direct the parties to show cause why this action should not be set for trial.  Should the parties fail to show good cause the court will set this action for trial and direct the parties to file pretrial statements.

////

////

////

////

////

1

     Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order the parties are directed to show cause why the court should not set this action for trial. Any motion seeking to modify the court's discovery and scheduling order should set forth why that party did not seek an extension of time to file a dispositive motion prior to the expiration of the deadline.

Dated: March 31, 2022

/s/ _____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/blan0051.osc.dispo.deadline