UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND, | No. 2:20-cv-00051-DAD-SCR |
| Plaintiff, | |
| v. | ORDER |
| JON MOSSINGER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. On February 25, 2025, District Judge Drozd issued an order denying defendants' request to dismiss the case as Heck-barred (ECF No. 58) and dismissed defendant Mossinger from the action pursuant to plaintiff's request (ECF No. 59). (ECF No. 64.) Judge Drozd then referred to the undersigned for further proceedings, "including the setting of a date for jury trial on plaintiff's excessive force claims brought against defendants Gill, Savage, Goforth, Lewis, and Andujo (as well as all trial related dates) and for the issuance of a final pretrial order based upon final pretrial statements submitted by the parties." (Id. at 5.)

However, a review of the docket indicates that not all parties have returned the form indicating whether they consent to have the assigned Magistrate Judge conduct all further proceedings and enter judgment in this case pursuant to 28 U.S.C. § 636(c). By order dated November 24, 2020, defendants were served with a copy of the form Consent to Proceed, but none of them returned it. (ECF No. 19.) Plaintiff has filed a consent form. (ECF No. 4.) If all

1

parties to a case consent, then the assigned District Judge is notified and considers whether to approve the consent. Once the District Judge accepts, then the Magistrate Judge determines whether to accept jurisdiction over all dispositive matters by consent, including whether any conflicts or bases for recusal exist.

The Magistrate Judge consent process can help bring about the "just, speedy, and inexpensive determination" of federal cases. Fed. R. Civ. P. 1. Just as with a judgment issued by a District Judge, a judgment issued by a Magistrate Judge to whom the parties in a civil case have consented is appealable directly to the Ninth Circuit Court of Appeals.

The parties are advised that they are free to withhold consent without any adverse substantive consequences to their case. Fed. R. Civ. P. 73(b)(2). If all parties consent, the undersigned can accommodate the anticipated jury trial of this case in the months of April, June, July, September, and November 2025. If all parties do not consent, the jury trial will be set before District Judge Drozd based on his availability.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send the form Consent to Proceed before a United States Magistrate Judge to the parties in this action.

2. Any party who has not yet submitted the consent form is directed to return one to the court within 14 days from the date of this order.

DATED: February 28, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2