UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>Plaintiff,<br><br>v.<br><br>JON MOSSINGER, et al.,<br><br>Defendants. | No. 2:20-cv-00051 DAD SCR P<br><br><br><br>ORDER |

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The matter is currently set for a Trial Confirmation Hearing on January 26, 2026, and a Jury Trial beginning February 17, 2026, before District Judge Dale A. Drozd. ECF No. 84. On December 12, 2025, defendants filed a request for referral to a settlement conference and to continue the trial for one week or "at a date convenient to the Court." ECF No. 90. Defendants' counsel attests that he spoke telephonically with plaintiff who agreed that a settlement conference would be beneficial. Declaration of P. Bajwa ¶ 5, *id.* at 3.

The undersigned hereby grants defendants' request and sets this matter for a settlement conference before Magistrate Judge Dennis M. Cota on **February 26, 2026, at 9:30 a.m.** via Zoom video conference. As a one-week continuance of trial is not feasible in light of the scheduled settlement conference, the undersigned hereby vacates the trial dates and associated pretrial deadlines. New dates will be set, if necessary, following the settlement conference.

Accordingly, IT IS HEREBY ORDERED that Defendants' Request for Referral to Settlement Conference and to Continue Trial to a New Date (ECF No. 90) is GRANTED as follows:

1. The case is referred to Magistrate Judge Dennis M. Cota to conduct a settlement conference via Zoom video conference on February 26, 2026, at 9:30 a.m. A minute order containing instructions for the parties and a Writ of Habeas Corpus ad Testificandum shall issue separately in due course.

2. The Jury Trial scheduled for February 26, 2026, along with all associated pretrial deadlines, is hereby VACATED. The undersigned will reset the trial date and associated pretrial deadlines, if necessary, following the settlement conference.

DATED: December 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2