UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND, | No.  2:20-cv-00051 DAD SCR P |
| Plaintiff, | |
| v. | AMENDED ORDER |
| JON MOSSINGER, et al., | |
| Defendants. | |

On December 17, 2025, the undersigned granted in part and denied in part defendants' request for referral to settlement conference and to continue the trial dates.  ECF No. 91.  As that order listed the incorrect Jury Trial dates, the undersigned finds cause to amend the order.

Accordingly, IT IS HEREBY ORDERED that Defendants' Request for Referral to Settlement Conference and to Continue Trial to a New Date (ECF No. 90) is GRANTED as follows:

1.     The case is referred to Magistrate Judge Dennis M. Cota to conduct a settlement conference via Zoom video conference on **February 26, 2026, at 9:30 a.m.**  A minute order containing instructions for the parties and a Writ of Habeas Corpus ad Testificandum shall issue separately in due course.

////

////

1

2. The Jury Trial scheduled for **February 17, 2026**, along with all associated pretrial deadlines, is hereby VACATED. The undersigned will reset the trial date and associated pretrial deadlines, if necessary, following the settlement conference.

DATED: December 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2